UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> DIGITAL WORKS, et al., <br><br> Defendant(s). | Case No. 2:13-cv-01341-JAD-NJK <br><br> **ORDER VACATING SETTLEMENT CONFERENCE** |

The Court currently has a settlement conference scheduled in this case for May 15, 2015. *See* Docket No. 144. On May 8, 2015, Plaintiffs filed a stipulation to dismiss certain Defendants and a notice of voluntary dismissal as to other Defendants. Docket Nos. 145-46. It appears that those filings relate to all Defendants remaining in this case and, therefore, that there is no need to hold a settlement conference as scheduled.[1] Accordingly, the settlement conference is hereby **VACATED**.

IT IS SO ORDERED.

DATED: May 11, 2015

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] There are numerous Defendants in this case. To the extent there actually remains a need for the undersigned to hold the settlement conference as scheduled, the parties shall file a notice so indicating no later than noon on May 12, 2015. If such a notice is filed, the Court will put the settlement conference back on calendar for May 15, 2015.